FILED
2008 Jan-09  PM 03:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-01669-PWG |
| LEE D. BROOKS, | ) |
| Defendant. | ) |

## JUDGMENT

On December 4, 2007 the Magistrate Judge entered Findings and Recommendation in the above-captioned civil action. The parties were directed to Rule 72, *Federal Rules of Civil Procedure*. Neither party has filed objections.

After careful review and a *de novo* consideration of the materials in the court file, including the findings and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation ACCEPTED. It is ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of plaintiff and against defendant for a combined total principal amount of $7,237.10, combined interest to November 27, 2007 of $8,856.13, court costs of $350.00 and costs of Process Server of $90.00 for a total amount due of $16,533.23, plus interest from November 27, 2007, until the date of judgment at the rate of 8.49 percent per annum as to Count I and at the rate of 8.00 percent per annum as to Count II. Interest

shall accrue on the judgment at the prevailing legal rate per annum until paid in full, for which let execution issue.

Done this 9th day of January 2008.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153